# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 24, 2021

## NO. 03-20-00385-CV

**Andrew Morris, Appellant**

**v.**

**Carrie Cecelia Veilleux, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
## OPINION BY JUSTICE BAKER

This is an appeal from the divorce decree signed by the trial court on June 8, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree regarding conservatorship of the children. Therefore, the Court affirms that portion of the trial court's decree appointing Veilleux the joint managing conservator with the exclusive right to establish the primary residence of the children without geographic restriction. The Court further holds that there was reversible error in the court's decree pertaining to property division. Therefore, the Court reverses that portion of the trial court's decree pertaining to property division and remands that part of the decree to the trial court with instructions that the trial court make a just and right division of the marital estate. In all other

respects, the trial court's decree of divorce is affirmed.  Veilleux shall pay all costs relating to this appeal, both in this Court and in the court below.